Reconstruction Finance Corporation, Appellant, v.
Isadore Shanedling, Appellee.

Gen. No. 44,305.

opinion
filed November 16, 1948; released for publication December 2, 1948. Lee
Walker and Lawrence T. Manning, for appellant; Louis Wilson and
Maurice L. Davis, for appellee; Maurice L. Davis, of counsel. Opinion
by JUSTICE FRIEND. Not to be published in full.


Irving H. Babbitt, Appellee, v. S. C. Elbaum, Appel-
lant.

Gen. No. 44,486.